IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

VIPUL CHAUDHARI,                              )
                                             )
    Plaintiffs,                              )
                                             )
v.                                           )        CASE NO. 2:25-CV-00576-BL-SMD
                                             )
DIRECTOR OF U.S. CITIZENSHIP  )
AND IMMIGRATION SERVICES     )
                                             )
    Defendant.                               )

## **ORDER**

On June 9, 2026, the Magistrate Judge recommended that the court dismiss this action for failure to prosecute and abide by court orders.  (Doc. 27).  The Magistrate Judge set the deadline for the Plaintiff to file objections to the recommendation by June 23, 2026.  (Doc. 27).  To date, the court has received no objections.

After careful review of the file and upon consideration of the recommendation of the Magistrate Judge, the court **ADOPTS** the recommendation of the Magistrate Judge and **DISMISSES** this action **WITH PREJUDICE**[1] for failure to prosecute and abide by court orders.

---

[1] The Magistrate Judge's recommendation is silent as to whether to dismiss the action with or without prejudice.  Rule 41(b), FED. R. CIV. P., "authorizes the dismissal with prejudice of an action for failure to obey a court order or a federal rule."  *Weiland v. Palm Beach County Sheriff's Office*, 792 F.3d 1313, 1320 (11th Cir. 2015).  As such, the court finds that, due to the Plaintiff's failure to comply with multiple orders of the court (*see* docs. 21, 24) after receiving them through

It is further **ORDERED** that Defendant's Motion to Dismiss (doc. 19) is **DENIED** as moot.

A separate final judgment will be entered.

**DONE** and **ORDERED** on this the 26th day of June, 2026.

**BILL LEWIS**
UNITED STATES DISTRICT JUDGE

---

certified mail and accepting service of the same (*see* docs. 23, 26), this action is due to be dismissed with prejudice for willful contempt.  The court further finds that any lesser sanction than dismissal would not be appropriate under the circumstances.